Georgiana G. Hess, Individually and as Administratrix with Will Annexed of Estate of Georgiana L. Gilbert, Deceased, Appellant, v. Helen S. Gilbert et al., Appellees.

Gen. No. 42,551.

opinion filed June 30, 1943. Leslie H. Whipp, for appellant; Musgrave, Oppenheim, Price & Ewins, for certain appellee. Opinion by PRESIDING JUSTICE BURKE. "Not to be published in full."